UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Innovative Medical Systems, Inc.,
a Missouri corporation, et. al.

       Plaintiffs,

v.                                                                                    ORDER
                                                                                       Civil No. 04-4705 (MJD/JGL)

Augustine Medical, Inc. and
Arizant, Inc.,

       Defendants.
_____

       Stephen P. Safranski, Robins, Kaplan, Miller & Ciresi, L.L.P. for and on behalf of Defendants.
_____

       Pursuant to the Order of this Court dated October 23, 2007, Defendants were directed to submit to the Court a declaration setting forth the costs and attorney's fees incurred in connection with their response to the arbitration demand in "Innovative Medical Systems, Inc., et al. v. Citigroup Venture Capital Equity Partners, L.P., et al.," No. 65 193 00098 07, and in connection with their motion for a permanent injunction against relitigation and sanctions.

       Defendants have submitted such declaration, and after review the Court finds that the amount requested is a reasonable.  Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Counsel shall pay to Defendants, by certified check or money order, attorney's fees and costs in the amount of $38,993.04.

Date: November 6, 2007

                                            s / Michael J. Davis
                                            Michael J. Davis
                                            United States District Court